IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM EARL BROWN, JR.,** | * |
| **# 17523-003,** | * |
| | * |
|     Petitioner, | * |
| | * CRIMINAL NO. 19-00019-JB-B |
| vs. | * CIVIL ACTION NO. 20-00080-JB-B |
| | * |
| **UNITED STATES OF AMERICA,** | * |
| | * |
|     Respondent. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated June 24, 2022 (Doc. 53) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner William Earl Brown, Jr.'s motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence (Doc. 47) is **DENIED,** that this action is **DISMISSED with prejudice,** and that Brown is not entitled to the issuance of a certificate of appealability or to proceed *in forma pauperis* on appeal.

    **DONE** this 23rd day of August **2022.**

                                                 s/JEFFREY U. BEAVERSTOCK
                                                **CHIEF UNITED STATES DISTRICT JUDGE**